NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.    17-30051 |
| Plaintiff-Appellee, | D.C. No. 3:16-cr-00032-SLG |
| v. | |
| RONNIE MORENO, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Alaska
Sharon L. Gleason, District Judge, Presiding

Submitted March 13, 2018**

Before:    LEAVY, M. SMITH, and CHRISTEN, Circuit Judges.

Ronnie Moreno appeals from the district court's judgment and challenges

his guilty-plea conviction and 120-month sentence for conspiracy to distribute and

to possess with intent to distribute methamphetamine, in violation of 21 U.S.C.

§§ 841(a)(1), (b)(1)(B), and 846.  Pursuant to *Anders v. California*, 386 U.S. 738

---

        *    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

        **    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

(1967), Moreno's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Moreno has filed a pro se supplemental brief. No answering brief has been filed.

Moreno waived his right to appeal his conviction and sentence, provided the district court imposed a sentence that did not exceed the statutory maximum penalties. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

To the extent that Moreno seeks to raise a claim of ineffective assistance of trial or appellate counsel, we decline to address this issue on direct appeal. *See United States v. Rahman*, 642 F.3d 1257, 1259-60 (9th Cir. 2011).

Counsel's motion to withdraw is **GRANTED.**

Moreno's pro se motions for release pending appeal and for substitute counsel are **DENIED** as moot.

**DISMISSED.**